467 A.2d 54

Commonwealth v. Krajci, Appellant.

Submitted June 23, 1983. John P. Cotter, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

We affirm the order denying appellant's P.C.H.A. petition.